IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.C.D., Inc. t/a J.L. Terrel's | : | |
| and | : | CIVIL ACTION |
| Terrel's Pro Finishes, Inc., | : | |
| Plaintiffs | : | |
| v. | : | NO. 02-CV-2645 |
| | : | |
| Sherwin-Williams Automotive | : | |
| Finishes Corp., | : | |
| Defendant | : | |

## ORDER

AND NOW, to wit, this _____ day of January, 2003, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 12) and Plaintiffs' Motion for Amendment of the Complaint (Doc. No. 13), it is ORDERED as follows:

1. Plaintiffs' Motion for Amendment of the Complaint is GRANTED. Plaintiffs' shall file an amended complaint within ten (10) days of the date hereof.

2. Defendant's Motion for Judgment on the Pleadings is DENIED without prejudice.

BY THE COURT:

_____
R. Barclay Surrick, J.