

**Sherwin-Williams Automotive Finishes Corp.**
617 Lincoln Avenue
Prospect Park, PA 19076
Phone: (610) 534-5102
Fax: (610) 534-4470

April 12, 2002

Mr. David Winfree
Delaware Motors

Dear Dave,

Thank you for taking the time out of your schedule to spend time with me this past week. I really enjoyed the afternoon and dinner. During our time together, we talked about the recent change in our Delaware distribution network. Again, I want to thank you for your patience and assure you that your service will remain at the very highest level. The Sherwin Williams Automotive Finishes Corp. intends to open a company owned facility within the next few weeks. I will keep you updated to our progress.

Pursuant to our conversation I wanted to out line the business agreement between S-W direct and Delaware motors:

- Pricing – Refinish Price less 40% (Credit to be written off of sales on monthly statement)
- A-Plus points – Retroactive to the S-W changeover in 2001
- Training – S-W will honor the commitment to sponsor Masters Training for Delaware Motors (approximate cost of $3,500 in 2002).

Dave, if you have any questions, please do not hesitate to call. I am looking forward to a great partnership in the years to come.

Thanks again, for a great afternoon,

Jim Muse
Mid-Atlantic Regional Manager